IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TROY WELLS                                                                                          PLAINTIFF

v.                         Case No. 3:12CV00164 JLH-JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                       DEFENDANT

## ORDER

Pending is Plaintiff's Application to Proceed In Forma Pauperis (DE #1). The Clerk is hereby directed to forward Form AO-240 (Non-Prisoner) to Plaintiff so that he may supplement his application within fourteen days of the date of this Order.

IT IS SO ORDERED this 9th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE