IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TROY WELLS            PLAINTIFF

V.        CASE NO. 3:12CV164 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

## RULE 58 JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of § 205(b) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 21st day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE